MARCH 24, 1972

No. A–980. OPATZ v. CITY OF ST. CLOUD ET AL. Sup. Ct. Minn. Application for temporary injunction pending appeal, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

MARCH 27, 1972

No. 71–891. CAPITAL BROADCASTING CO. ET AL. v. ACTING ATTORNEY GENERAL ET AL. Appeal from D. C. D. C. Motion of John F. Banzhaf III et al. for leave to file a brief as *amici curiae* and to dispense with printing granted. Judgment affirmed. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion or appeal.

No. 71–919. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. v. ACTING ATTORNEY GENERAL ET AL. Affirmed on appeal from D. C. D. C. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted.

No. 71–1030. KIERNAN ET AL. v. LINDSAY, MAYOR OF NEW YORK, ET AL. Affirmed on appeal from D. C. S. D. N. Y. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.